# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

LUIS B. MARCANO,                                    Case No. 07-12857-RGM
                                                    (Chapter 13)

      Debtor.

## MEMORANDUM OPINION

THIS CASE is before the court on the debtor's objections to proof of claim 1 of Asset

Acceptance, LLC;  proof of claim 5 of Capital One Bank; proof of claim  6 of Capital One Bank;

proof of claim 7 of Capital One Bank; and proof of claim 18 of Jefferson Capital Systems.  In

each instance, the certificate of service states that the objection was mailed to the creditor,

however, not to the attention of a particular officer or director.  *See In Re Boykin,* 246 B.R. 825

(Bankr. E.D.Va. 2000).  The court cannot consider the objections at this time because they were

not properly served.  The draft orders sustaining the objections will be returned without

prejudice to the debtor serving the objection as required by Fed.R.Bankr.P. 7004.

Alexandria, Virginia
March 3, 2008

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Tommy Andrews, Jr.
Gerald M. O'Donnell

14052